PHILLIPS, Respondent, v. PROPER, Appellant. (Supreme Court, Appellate Division, Third Department. May 16, 1905.) Action by Arthur J. Phillips against James A. Proper. No opinion. Order modified, by inserting leave to renew motion, and, as so modified, affirmed, without costs.

PHŒNIX BRIDGE CO., Appellant, v. CREEM et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 21, 1905.) Action by the Phœnix Bridge Company against Daniel J. Creem and others. No opinion. Judgment and order unanimously affirmed, with costs.

PLUNKET, Respondent, v. NEW YORK & Q. C. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 5, 1905.) Action by Katie Plunket against the New York & Queens County Railway Company. No opinion. Judgment and order unanimously affirmed, with costs.

POTH v. COMMERCIAL ADVERTIZER ASS'N. (Supreme Court, Appellate Division, First Department. May 20, 1905.) Action by William Poth against the Commercial Advertizer Association. No opinion. Motion granted, with $10 costs.

PRIMA, Respondent, v. WISCHERTH et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 21, 1905.) Action by Anna Prima, an infant, by Rosa Lamarca, her guardian ad litem, against Andrew Wischerth, John Wischerth, and Louis Wischerth. No opinion. Judgment and order unanimously affirmed, with costs.

RANKIN v. BUSH et al. (Supreme Court, Appellate Division, First Department. April 20, 1905.) Action by George C. Rankin against John J. Bush and others. No opinion. Motion granted.

RAYMOND, Respondent, v. SECURITY TRUST & LIFE INS. CO., Appellant. (Supreme Court, Appellate Division, First Department. May 20, 1905.) Action by Ralph Raymond against the Security Trust & Life Insurance Company. E. L. Mooney, for appellant. B. Hanson, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

VAN BRUNT, P. J., dissents.

REDDY, Appellant, v. UNION RY. CO., Respondent. (Supreme Court, Appellate Division, First Department. April 7, 1905.) Action by Bridget Reddy against the Union Railway Company. A. Hayes, Jr., for appellant. C. F. Brown, for respondent. No opinion. Judgment affirmed, with costs.

REISERT, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. April 21, 1905.) Action by Frederick Reisert against the city of New York. No opinion. Order settled and signed.

RESSENSTEIN, Appellant, v. COHEN, Respondent. (Supreme Court, Appellate Division, First Department. May 5, 1905.) Action by Maurice Ressenstein against Morris Cohen. W. L. Mathet, for appellant. F. X. McCaffrey, for respondent. No opinion. Judgment and order affirmed, with costs.

ROBERTS, Appellant, v. FRIEDMAN et al., Respondents. (Supreme Court, Appellate Division, First Department. May 5, 1905.) Action by Peter Roberts against Harry Friedman and others. P. L. Klock, for appellant. P. J. Jeachimsen, for respondents. No opinion. Judgment affirmed, with costs.

ROGERS, Appellant, v. CLYDE S. S. CO., Respondent. (Supreme Court, Appellate Division, First Department. May 5, 1905.) Action by Margaret Rogers, as administratrix, against the Clyde Steamship Company. H. C. Smyth, for appellant. T. G. Strong, for respondent. No opinion. Judgment affirmed, with costs.

ROOSEVELT et al. v. SCHILE et al. (two cases). (Supreme Court, Appellate Division, First Department. May 20, 1905.) Actions by John E. Roosevelt and another against Romeo H. Schile and others. No opinion. Motion denied, on payment of $20 costs.

ROSE, Respondent, v. MILLER et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 21, 1905.) Action by Jacob Rose against Louis Miller and another. No opinion. Motion to dismiss appeal granted, with $10 costs.

RUSSELL, Respondent, v. NATIONAL EXHIBITION CO., Appellant. (Supreme Court, Appellate Division, First Department. April 7, 1905.) Action by Frank Russell against National Exhibition Company. C. J. Sullivan, for appellant. J. M. Ward, for respondent. No opinion. Judgment and order affirmed, with costs.

RUSSELL, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 3, 1905.) Action by Edgar G. Russell against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

RUTHER, Appellant, v. MAYOR, ETC., OF CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. April 7, 1905.) Action by William Ruther against the mayor, etc., of the city of New York. J. T. Fenlon, for appellant. T. Connoly, for respondent.

PER CURIAM. Judgment affirmed, with costs.

PATTERSON and LAUGHLIN, JJ., dissent.